1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:  (619) 266-0389
3  Fax:            (619) 501-2493

4  Attorney for Material Witnesses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.08cr0545LAB |
| Plaintiff ) | |
| v. ) | NOTICE OF MOTION; MOTION FOR VIDEOTAPE DEPOSITIONS, |
| MARICELA GONZALEZ-TREJO (1) ) MIGUEL ROMERO-RIOS (2) ) | AND RELEASE OF MATERIAL WITNESSES; |
| Defendants ) | Hearing Date:  April 15, 2008 Time:            1:30 p.m. Court:           A Judge:          Hon. Anthony J. Battaglia |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY, TIMOTHY SCOTT, ATTORNEY FOR DEFENDANT, MARICELA GONZALEZ-TREJO,AND MICHELLE BETANCOURT, ATTORNEY FOR DEFENDANT, MIGUEL ROMERO RIOS.

PLEASE TAKE NOTICE that on April 15, 2008, at 1:30 P.m., counsel will move this court for an order to take the depositions of the material witnesses, LUIS ALBERTO OCHOA-CASTILLO, and G.C-G.(minor)

**MOTION**

1 | LUIS ALBERTO OCHOA-CASTILLO, and G.C-G.(minor), through thier counsel,
2 | CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,  8 U.S.C Section 1324 (d) , 18
3 | U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court for an order to take
4 | their depositions by videotape.
5 |     This motion is based upon the accompanying points and authorities, the records in the
6 | above-entitled case and all matters submitted to the court prior to the determination of this
7 | motion.

9 | Dated:   March 25, 2008                    /S/ Ciro Hernandez
                                                CIRO HERNANDEZ
10 |                                             Attorney for material witnesses

28 |                         Case No.08cr545LAB