1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:  (619) 266-0389
3  Fax:        (619) 501-2493

4  Attorney for Material Witness

5

6                    **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA          )       Criminal Case No. 08cr0545LAB
                                     )
10         Plaintiff                 )
                                     )
11         v.                        )       CERTIFICATE OF SERVICE
                                     )
12  MARICELA GONZALEZ-TREJO (1)      )
    MIGUEL ROMERO-RIOS (2)           )
13                                   )
           Defendants                )
14  _____)

15

16      Counsel for material witness, LUIS ALBERTO OCHOA-CASTILLO, and

17  G.C- G.(minor)  certifies that the foregoing motion, is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing has been electronicly served this day

19  upon.

20  U S Attorney CR Efile.dkt.gc2@usdoj.gov
    Michelle Betancourt michelle_betancourt@fd.org, margarita_gonzales@fd.org
21  Timothy A Scott timscottlaw@cox.net, ameliaarteaga@cox.net, leilasayar@cox.net

22

23

24  Dated: March 25, 2008             /S/ Ciro Hernandez
                                      CIRO HERNANDEZ
25

26

27

28                              08cr0545LAB