1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:            (619) 501-2493

4  Attorney for Material Witnesses

5

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          )      Criminal Case No.08cr0545LAB
                                      )
12        Plaintiff                   )
                                      )
13        v.                          )      NOTICE OF MOTION; MOTION FOR
                                      )      VIDEOTAPE DEPOSITIONS,
14  MARICELA GONZALEZ-TREJO (1)       )      AND RELEASE OF MATERIAL
    MIGUEL ROMERO-RIOS (2)            )       WITNESSES;
15                                    )
                                      )
16        Defendants                  )      Hearing Date:   April 15, 2008
                                      )      Time:              1:30 p.m.
17                                    )      Court:             A
    _____)      Judge:     Hon. Anthony J. Battaglia
18

19        TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, CARLOS ARGUELLO,

20  ASSISTANT UNITED STATES ATTORNEY, TIMOTHY SCOTT, ATTORNEY FOR

21  DEFENDANT, MARICELA GONZALEZ-TREJO,AND MICHELLE BETANCOURT,

22  ATTORNEY FOR DEFENDANT, MIGUEL ROMERO RIOS.

23        PLEASE TAKE NOTICE that on April 15, 2008, at 1:30 P.m., counsel will move this

24  court for an order to take the depositions of the material witnesses, LUIS ALBERTO OCHOA-

25  CASTILLO, and G.C-G.(minor)

26                                 **MOTION**

27

28

1    LUIS ALBERTO OCHOA-CASTILLO, and G.C-G.(minor), through thier counsel,

2   CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,   8 U.S.C Section 1324 (d) , 18

3   U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court for an order to take

4   their depositions by videotape.

5        This motion is based upon the accompanying points and authorities, the records in the

6   above-entitled case and all matters submitted to the court prior to the determination of this

7   motion.

8

9   Dated:    March 25, 2008                          /S/ Ciro Hernandez_____
                                                       CIRO HERNANDEZ
10                                                      Attorney for material witnesses

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  Case No.08cr545LAB