CIRO HERNANDEZ, ESQ SB#174791
551 Third Avenue
Chula Vista, CA 91910
Telephone: (619) 266-0389
Fax: (619) 501-2493

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08cr0545LAB |
| )  Plaintiff ) | |
| v. ) | CERTIFICATE OF SERVICE |
| MARICELA GONZALEZ-TREJO (1) ) MIGUEL ROMERO-RIOS (2) ) | |
| Defendants ) | |

    Counsel for material witness, LUIS ALBERTO OCHOA-CASTILLO, and G.C- G.(minor) certifies that the foregoing motion, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronicly served this day upon.

U S Attorney CR Efile.dkt.gc2@usdoj.gov
Michelle Betancourt michelle_betancourt@fd.org, margarita_gonzales@fd.org
Timothy A Scott timscottlaw@cox.net, ameliaarteaga@cox.net, leilasayar@cox.net

Dated: March 25, 2008        /S/ Ciro Hernandez
                                       CIRO HERNANDEZ