1

2  **CIRO HERNANDEZ, ESQ., SB# 174791**
   **Law Office of Ciro Hernandez**
3  **551 Third Avenue**
   **Chula Vista, Ca 91910**
4  **Telephone:    (619) 266-0389**

5  Attorney for Material Witness

F  L  D

APR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              )    Criminal No:  08cr0545LAB
                    Plaintiff,            )    ORDER RELEASING MATERIAL
                                          )    WITNESSES;
10  v.                                    )
                                          )
11  MARICELA GONZALEZ-TREJO (1)           )
    MIGUEL ROMERO-RIOS (2)                )
12                                        )                              )
                  Defendants..           )
13  _____      )

14

15        On application of Ciro Hernandez, Attorney for the below-named material witness,

16  IT IS HEREBY ORDERED that the following persons heretofore committed to the custody of the

17  United States Marshal as material witnesses be released to the Department of Homeland Security.

18              LUIS OCHOA-CASTILLO

19              G.C.G (minor)

20  DATED_____4/17/08 _____         _____
                                    UNITED STATES MAGISTRATE  COURT JUDGE
21

22  Approved as to form:

23  _____         _____
24  CARLOS ARGUELLO                 FOR: TIMOTHY SCOTT
    Assistant U.S. Attorney         Attorney for Maricela Gonzalez-Trejo

25                                  _____
26                                  MICHELLE BETANCOURT
                                    Attorney for Miguel Romero-Rios

                    08cr0545LAB