UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>        Plaintiff           )<br>                            )<br>                            )<br>  vs.                       )<br>                            )<br>  Maricela Gonzalez-Trejo   )<br>                            )<br>        Defendant(s)        )<br>_____) | CRIMINAL NO. 08CR0545-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Luis Ochoa-Castillo

DATED:  4/17/08

RECEIVED _____
                  DUSM

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  _____
         Deputy Clerk