UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                 Plaintiff        )<br>                                )<br>vs.                             )<br>                                )<br>Maricela Gonzalez-Trejo         )<br>                                )<br>              Defendant(s)      )<br>_____) | CRIMINAL NO. 08CR0545-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

G.C.G. (juvenile)

DATED: 4/17/08

RECEIVED _____
              DUSM

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
          Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082