**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Maricela Gonzalez-Trejo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr00545-LAB |
| ) | |
| Plaintiff, ) | Date: 7/7/08 |
| ) | Time: 9:30 a.m. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| Maricela Gonzalez-Trejo ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Ms. Gonzalez-Trejo, by and through counsel, hereby moves this Court to grant the above-captioned motion to shorten time by one day for the reasons set forth in the attached declaration.

Dated: June 20, 2008                    Respectfully submitted,

                              */s Timothy A. Scott*

                              **TIMOTHY A. SCOTT**
                              Attorneys for Ms. Gonzalez-Trejo

1

2  **TIMOTHY A. SCOTT**
   California Bar No. 215074
3  LAW OFFICES OF TIMOTHY A. SCOTT
   1350 Columbia Street, Suite 600
4  San Diego, California  92101
   Telephone:  (619) 794-0451
5  Facsimile: (619) 652-9964
   Email: timscottlaw@cox.net

6  Attorneys for Maricela Gonzalez-Trejo

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

UNITED STATES OF AMERICA,      )   Case No. 08cr00545-LAB
11                              )
         Plaintiff,             )   Date: 7/7/08
12                              )   Time: 9:30 a.m.
              v.                )
13                              )   **DECLARATION OF TIMOTHY A. SCOTT**
   Maricela Gonzalez-Trejo      )
14                              )
                                )
15       Defendant.             )
                                )
16                              )

17 _____

18 1.    I am the attorney of record in this case.

   2.    I am competent to testify in this matter.
19
   3.    I write this declaration in support of my request that time be shortened by one day for
20
         filing of pre-trial motions.
21
   4.    I am currently engaged in multi-defendant, multi-count federal murder trial in Riverside,
22
         California.  Around the time that objections were due, I was occupied preparing and
23
         executing the cross-examination of a major cooperating witness at trial.  I was unable to
24
         complete the objections until today as a result.
25
   5.    Accordingly, I respectfully request time be shortened by one day for the filing of the
26
         objections.
27
   6.    I submit that the foregoing is necessary to fairly represent my client in this case.
28

This statement is true and correct to the best of my knowledge this 20th day of June, 2008.

__ */s Timothy A. Scott*_____

**TIMOTHY A. SCOTT**

Attorneys for Ms. Gonzalez-Trejo

1   **TIMOTHY A. SCOTT**
2   California Bar No. 215074
    LAW OFFICES OF TIMOTHY A. SCOTT
3   1350 Columbia Street, Suite 600
    San Diego, California  92101
4   Telephone:  (619) 794-0451
    Facsimile: (619) 652-9964
5   Email: timscottlaw@cox.net

6   Attorneys for Maricela Gonzalez-Trejo

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9                        **(HONORABLE LARRY A. BURNS)**

10  UNITED STATES OF AMERICA,          )   Case No. 08cr00545-LAB
                                       )
11              Plaintiff,             )
                                       )
12                   v.                )
                                       )
13                                     )   **ORDER**
    Maricela Gonazalez-Trejo           )
14                                     )   1)  To shorten time by one day for filing of
                                       )       defendant's pre-trial motions.
15                                     )
                Defendant.             )
16                                     )

17  _____

18          Upon application of Ms. Gonzalez-Trejo by and through counsel, and good cause being

19  shown, it is hereby ordered as follows:

20  1.      Time is shortened by one day for the filing of defendant's pre-trial motions.

21

22  _____              _____

23  Date                           HONORABLE LARRY A. BURNS
                                   District Judge
24

25

26

27

28