| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I am over the age of eighteen and am not a party to this action.  On today's date, I filed a true and correct copy of the attached document through this Court's Electronic Filing System (ECF), and the system indicated that the filing had been received successfully.  By virtue of the ECF system, the AUSA assigned to this case and all interested parties were served electronically upon filing of this document. |
| 5 | I declare that the foregoing is true and correct this 20th day of June, 2008 |
| 6 | *S/ Timothy A. Scott* |
| 7 | _____ |
| 8 | TIMOTHY A. SCOTT<br>Attorney at Law |