

**FILED**

**6/20/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

USA                                                                 08cr545 LAB

-v-

**Maricela Gonzalez-Trejo, et al.**

# STRICKEN DOCUMENT

**32-MOTION for Order Shortening Time**

**32**