**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Maricela Gonzalez-Trejo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr00545-LAB |
| Plaintiff, ) | Date: 7/7/08 |
| ) | Time: 9:30 a.m. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| Maricela Gonzalez-Trejo ) | |
| Defendant. ) | |

Ms. Gonzalez-Trejo, by and through counsel, hereby moves this Court to grant the above-captioned motion to shorten time by one day for the reasons set forth in the attached declaration.

Dated: June 20, 2008                               Respectfully submitted,

                                                                    */s Timothy A. Scott*

                                                                    **TIMOTHY A. SCOTT**
                                                                    Attorneys for Ms. Gonzalez-Trejo