**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Maricela Gonzalez-Trejo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr00545-LAB |
| Plaintiff, | Date: 7/7/08 |
| | Time: 9:30 a.m. |
| v. | |
| Maricela Gonzalez-Trejo | **DECLARATION OF TIMOTHY A. SCOTT** |
| Defendant. | |

1. I am the attorney of record in this case.

2. I am competent to testify in this matter.

3. I write this declaration in support of my request that time be shortened by one day for filing of objections to the presentence investigation report.

4. I am currently engaged in multi-defendant, multi-count federal murder trial in Riverside, California. Around the time that objections were due, I was occupied preparing and executing the cross-examination of a major cooperating witness at trial. I was unable to complete the objections until today as a result.

5. Accordingly, I respectfully request time be shortened by one day for the filing of the objections.

6. I submit that the foregoing is necessary to fairly represent my client in this case.

1       This statement is true and correct to the best of my knowledge this 20th day of June,
2       2008.

4   */s Timothy A. Scott*_____
5   **TIMOTHY A. SCOTT**
6   Attorneys for Ms. Gonzalez-Trejo