UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr00545-LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER SHORTENING TIME** |
| Maricela Gonazalez-Trejo | ) | |
| Defendant. | ) | |

Upon application of Ms. Gonzalez-Trejo by and through counsel, and good cause being shown, it is hereby ordered that the time for filing defendant's Objections to Presentence Report is hereby shortenened. Objections may be filed no later than June 24, 2008, for hearing on July 7, 2008.

DATED: June 20, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge